# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KARLA KARYNA JONES**                                                              **PLAINTIFF**

**v.**                          **Case No. 4:20-cv-01098-KGB**

**EDGAR ALFREDO MENDOZA** *et al*.                                          **DEFENDANTS**

## ORDER

Before the Court is Fastway Heavy Transport, Inc's ("Fastway") agreed motion for continuance (Dkt. No. 35). Fastway represents that, despite having a failed settlement conference, Fastway and plaintiff Karla Karyna Jones continue to pursue settlement discussions (*Id.*, ¶ 1). In the interest of the parties' continued settlement discussions, they request "to continue the entirety of the scheduling order and reset the deadlines for at least 6 months" (*Id.*, ¶ 2).

For good cause shown, the Court grants the motion (Dkt. No. 35). The Court suspends the pending deadlines in the second amended final scheduling order and will set a new trial date and new pretrial deadlines by separate Order.[1] Ms. Jones' memorandum motion for authorization to serve defendant under Rule 4(f)(3) remains under advisement (Dkt. No. 25). Should the parties reach a settlement agreement, the Court instructs them to inform the Court of the status of Ms. Jones' claims against separate defendant Edgar Alfredo Mendoza

It is so ordered this 22nd day of December, 2022.

_____
Kristine G. Baker
United States District Judge

---

[1] The instant motion states that this six-month extension should apply to the pending deadlines leading up to the "May 22, 2023 trial date" (Dkt. No. 35, ¶ 2). The Court moved the trial date from May 22, 2023, to June 26, 2023, in its September 15, 2022, Second Amended Final Scheduling Order (Compare Dkt. Nos. 24; 32).